# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**REDALE BENTON-FLORES,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1023-Orl-31KRS**

**SEMINOLE COUNTY PUBLIC SCHOOLS,**

        **Defendant.**

_____

## ORDER

On August 12, 2005, Defendant filed a Motion to Dismiss Plaintiff's Complaint (Doc. 8). Plaintiff failed to respond to the Motion.[1] Thus, the Motion is due to be GRANTED.

The Court will allow Plaintiff to file an amended complaint within 20 days from the date of this Order. However, if she chooses to do so, she must comply with Fed. R. Civ. P. 8 by setting forth the specific basis for this Court's jurisdiction and (in separate counts, if appropriate) a plain statement of her claims and the bases therefor.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 30, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] Rule 3.01(b) of the Local Rules of this Court requires that each party opposing any written motion shall file and serve, within ten days after being served, a brief or legal memorandum with citation of authorities in opposition to the relief requested.